Before the First Division, January 7, 1941

No. 45107.—Protests 7657–K, etc., of Vegex, Inc. (New York).

Opinion by Brown, J. The president of the plaintiff corporation testified that he had personally examined the merchandise, that analytical tests had been made under his supervision, and that the merchandise was substantially similar to that the subject of Abstract 43954, which record was incorporated herein. The claim for free entry under paragraph 1669 was sustained.

No. 45108.—Protest 580596–G of Ben Samis (New York).

Opinion by Brown, J. It was stipulated that the merchandise is similar to that the subject of *Cohn* v. *United States* (4 Cust. Ct. 166, C. D. 314). The protest was therefore sustained.

No. 45109.—Protests 548092–G, etc., of M. Citron & Co. et al. (New York).

Opinion by Brown, J. It was stipulated that the merchandise is similar to that the subject of *Cohn* v. *United States* (4 Cust. Ct. 166, C. D. 314). The protests were therefore sustained.

No. 45110.—Protests 473304–G, etc., of C. Germain et al. (New York).

Opinion by Brown, J. It was stipulated that the merchandise is similar to that the subject of *Cohn* v. *United States* (4 Cust. Ct. 166, C. D. 314). The protests were therefore sustained.

No. 45111.—Protests 473319–G, etc., of French American Trading Co. (New York).

Opinion by Brown, J. It was stipulated that the merchandise is similar to that the subject of *Cohn* v. *United States* (4 Cust. Ct. 166, C. D. 314). The protests were therefore sustained.

No. 45112.—Protests 495363–G, etc., of A. D. Cohen & Co. et al. (New York).

Opinion by Brown, J. It was stipulated that the merchandise is similar to that the subject of *Cohn* v. *United States* (4 Cust. Ct. 166. C. D. 314). The protests were therefore sustained.